

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-13-00344-CV |
| Trial Court Cause Number: | 2006-54103 |
| Style: | Zurich American Insurance Company |
| | **v** Sandra A. Debose |
| Date motion filed*: | October 8, 2014 |
| Type of motion: | Motion for Extension of Time to File Motion for En Banc Reconsideration |
| Party filing motion: | Appellee |
| Document to be filed: | Motion for En Banc Reconsideration |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 8, 2014 |
| Number of previous extensions granted: | 0 |
| Date Requested: | November 7, 2014 |

Ordered that motion is:

☒   Granted

     If document is to be filed, document due:  November 7, 2014

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Laura Carter Higley
     ☒ Acting individually   ☐ Acting for the Court

Date: October 16, 2014